UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between:<br><br>TRI-K INDUSTRIES, INC.,<br><br>        Petitioner,<br><br>– against –<br><br>SOPHIM,<br><br>        Respondent. | Civil Action No.<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for petitioner Tri-K Industries, Inc. certifies the following are corporate parents, affiliates and/or subsidiaries of said party:

(1)    Tri-K Industries, Inc. is a wholly-owned subsidiary of Kemira Oyj.

CONNELL FOLEY LLP

By: _____
    Peter J. Pizzi
    A Member of the Bar of this Court
    85 Livingston Avenue
    Roseland, NJ 07068
    Telephone: (973) 533-4221
    Facsimile: (973) 535-9217

Attorneys for Petitioner TRI-K INDUSTRIES, INC.

Dated: July 19, 2007

1853685-01