# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J.
(201) 521-1000
FAX: (201)

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212)
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

PLEASE REPLY TO ROSELAND, N.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/07

RECEIVED
SEP 7 - 2007
CHAMBERS OF
COLLEEN McMAHON

September 7, 2007

**MEMO ENDORSED**

Via Facsimile
Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007-1312

9/10/07
Nov. 7 at 9:30 a.m.

Re: Tri-K Industries, Inc. v. Sophim
    Civil Action No. 07-cv-6565

Dear Judge McMahon:

This firm is counsel to plaintiff Tri-K Industries, Inc. ("Tri-K"). Your Honor has scheduled an initial conference in this matter for September 28, 2007. We ask that the Court adjourn this initial conference until we have succeeded in serving the defendant/respondent Sophim. No previous requests for adjournment have been made in this matter. Based on the problems encountered in effecting initial service on defendant, as described below, we have not obtained defendant's consent to the adjournment.

By way of additional background, plaintiff seeks confirmation of an arbitration award entered against defendant Sophim, a French company. On July 27, 2007, the undersigned forwarded the required papers to the Ministére de la Justice in France to effect service pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters. Apparently, though FedEx reports that this package was received in the Ministére de la Justice, it was lost within that office and service was not effected. We subsequently sent a second package of the required documents, and that package has been

1867376-01

Hon. Colleen McMahon, U.S.D.J.
September 7, 2007
Page 2

received. We are awaiting receipt of the confirmation of service, which we expect to be accomplished within the next few weeks.

  Accordingly, we request that this initial conference matter be adjourned until October or November 2007.

  The Court's consideration of the foregoing is appreciated.

           Respectfully yours,

           Peter J. Pizzi

PJP/hdr
cc: Sophim (via U.S. Mail)

1867376-01