UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between:<br><br>TRI-K INDUSTRIES, INC.,<br><br>    Petitioner,<br><br>– against –<br><br>SOPHIM,<br><br>    Respondent. | Civil Action No. 07-6565<br><br>**CERTIFICATE OF SERVICE**<br><br>(Filed Electronically) |

  The undersigned hereby certifies that, based upon certificate completed on October 5, 2007, by the Ministére de la Justice in France, a copy of which is attached as Exhibit A, defendant Sophim was properly served on the 5th day of September, 2007 with a true copy of the Summons, Notice of Petition of Plaintiff Tri-K Industries, Inc. for the Confirmation of Arbitration Award, Petition, Affirmation, Memorandum of Law, and Rule 7.1 Statement, in accordance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, via the Ministére de la Justice in France.

            CONNELL FOLEY LLP

            By: /s/ Peter J. Pizzi
               Peter J. Pizzi
               A Member of the Bar of this Court
            85 Livingston Avenue
            Roseland, NJ 07068
            Telephone: (973) 533-4221
            Facsimile:  (973) 535-9217

            Attorneys for Petitioner TRI-K INDUSTRIES, INC.

Dated:  October 15, 2007

1880939-01

# EXHIBIT A

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
— the (date) – *le (date)* _le 5 sept 2007 à la Gendarmerie Nationale de_
— at (place, street, number) - *à (localité, rue, numéro)*
_Dignes les Bains - Unité Cob Les Alpes_

— in one of the following methods authorized by article 5:
— *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a) selon les formes légales (article 5. alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
    *b) selon la forme particulière suivante:*

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
    *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
_M. Jangrat Jacques Directeur de la Société Sophim_

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pièces renvoyées*
_PV + AR + Courrier_

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _Paris_, the _04/10/07_
*Fait à                    le*

Signature and/or stamp
*Signature et/ou cachet*

[Seal: MINISTÈRE DE LA JUSTICE]

U.S. Department of Justice
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Peter J. Pizzi, Esq.<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey<br>United States of America | Ministére de la Justice<br>Bureau de l'Entraide<br>Judiciaire Internationale D4<br>13, Place Vendôme<br>75042 PARIS Cedex 01<br>France |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Sophim, Parc de la Cassine
04310 Peyruis - France

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons In A Civil Action
Notice of Petition
Petition
Affirmation
Memorandum of Law; Rule 7.1 Statement

Done at Roseland NJ USA , the 27 July 2007
*Fait à                          , le*

Signature and/or stamp
*Signature et/ou cachet*

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*
Peter J. Pizzi, Esq. Connell Foley LLP, 85 Livingston Avenue, Roseland, NJ 07068, United States of America

**Particulars of the parties:**
*Identité des parties:*
Tri-K Industries, Inc., 151 Veterans Drive, Northvale, NJ 07647, United States of America

### JUDICIAL DOCUMENT
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*
Pour informer Sophim d'action institué pour confirmer l'arbitrage et pour obtenir le jugement

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
Pour confirmer l'arbitrage attribuer le daté du 8 mai 2007, et chercher le jugement de $304.101,01, plus l'intér-

**Date and place for entering appearance:**
*Date et lieu de la comparution:*
U.S. District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007-1312

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*
(non applicable)

**Date of judgment**:**
*Date de la décision:*
(non applicable)

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*
20 jours de la réception de ces documents

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**:**
*Indication des délais figurant dans l'acte:*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 — the (date) — *le (date)* _____
 — at (place, street, number) - *à (localité, rue, numéro)*
 _____

 — in one of the following methods authorized by article 5:
 — *dans une des formes suivantes prévues à l'article 5:*

 ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a)*

 ☐ (b) in accordance with the following particular method:
   *b) selon la forme particulière suivante:* _____

 ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

 - (identity and description of person)
 - *(Identité et qualité de la personne)*
 _____

 - relationship to the addressee family, business or other
 - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
 _____

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*
_____

Done at Roseland NJ USA , the 27 July 2007
*Fait à* , *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp
*Signature et/ou cachet*

[signature]