UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between: | Civil Action No. 07-6565 (CM) (DFE) |
| TRI-K INDUSTRIES, INC., | (Filed Electronically) |
| Petitioner, | **REQUEST FOR ENTRY OF DEFAULT** |
| – against – | |
| SOPHIM, | |
| Respondent. | |

PLEASE TAKE NOTICE that, upon the accompanying Declaration Of Peter J. Pizzi, petitioner Tri-K Industries, Inc. requests entry of default against Respondent Sophim pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Civil Rules, and granting such other and further relief as may consider appropriate.

                          CONNELL FOLEY LLP

                          By: *s/ Peter J. Pizzi*
                                Peter J. Pizzi
                                A Member of the Bar of this Court
                          85 Livingston Avenue
                          Roseland, NJ 07068
                          Telephone: (973) 533-4221
                          Facsimile: (973) 535-9217

                          Attorneys for Petitioner TRI-K INDUSTRIES, INC.

Dated: October 26, 2007

1884967-03