UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In the Matter of Arbitration between

TRI-K Industries, Inc.,

                                  Plaintiff,           07 Civ. 6565 (CM) (DFE)

        - against -                        **CLERK'S CERTIFICATE**

Sophim,

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on _(date)_ July 20, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving Jacques Margnat, Director of Respondent Sophim, in accordance with the Hague Convention for Service _(name)_ Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters 20 U.S.T. 361
(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on _(date)_ Sept. 5, 2007 / Oct. 15, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:   New York, New York
           Nov 7, 2007

                                                       **J. MICHAEL MCMAHON**
                                                       Clerk of the Court

                      By: _____
                                      Deputy Clerk

SDNY Web 10/2002