UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of Arbitration between:

TRI-K INDUSTRIES, INC.,

    Petitioner,

— against —

SOPHIM,

    Respondent.

Civil Action No. 07-6565 (CM) (DFE)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

**ORDER PERMITTING MODIFCIATION OF
THE COURT'S INDIVIDUAL PRACTICE RULES**

THIS MATTER having come before the Court by application of petitioner, Tri-K Industries, Inc. (hereinafter "Tri-K"), to confirm an arbitration award entered in favor of petitioner, and respondent Sophim having been duly served pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters 20 U.S.T. 361, on September 5, 2007, and respondent having failed to answer or otherwise respond, and petitioner having already filed with the Court an affidavit for entry of default against respondent and now seeks to move for default judgment against respondent, and for good cause having been shown,

IT IS on this 13 day of November, 2007,

ORDERED that the Court's Individual Practice Rules are modified and petitioner Tri-K is permitted to serve via Federal Express its moving papers in support of its motion for default judgment upon respondent Sophim; and it is further

1889363-01

ORDERED that the within Order be served on respondent Sophim within __X__ days of the date of this Order.

DATED:

                                                      HON. COLLEEN MCMAHON, U.S.D.J.