UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between:<br><br>TRI-K INDUSTRIES, INC.,<br><br>        Petitioner,<br><br>– against –<br><br>SOPHIM,<br><br>        Respondent. | Civil Action No. 07-6565 (CM) (DFE)<br><br>**NOTICE OF MOTION** |

**NOTICE OF MOTION OF TRI-K INDUSTRIES, INC.
FOR ENTRY OF JUDGMENT OF DEFAULT**

PLEASE TAKE NOTICE that, upon the accompanying Notice, Proof of Service, Declaration of Peter J. Pizzi, Esq. in Support of Petitioner's Application for Motion for Judgment of Default, and Affidavit for Judgment by Default, Petitioner Tri-K Industries, Inc. will move this Court, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007, on December 28, 2007, for an Order of Default Judgment, and granting such other and further relief as the Court may consider appropriate.

Dated: November 28, 2007

CONNELL FOLEY LLP

By: _____
    Peter J. Pizzi
    A Member of the Bar of this Court
85 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 533-4221
Facsimile: (973) 535-9217

Attorneys for Petitioner TRI-K INDUSTRIES, INC.

TO:   Sophim
       Parc de la Cassine, 04310
       Peyruis, France

1892287-01