UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between:<br><br>TRI-K INDUSTRIES, INC.,<br><br>　　　　Petitioner,<br><br>　– against –<br><br>SOPHIM,<br><br>　　　　Respondent. | Civil Action No. 07-6565 (CM) (DFE)<br><br>**NOTICE** |

**NOTICE TO RESPONDENT SOHPHIM**

THE ATTACHED LEGAL PAPERS ARE BEING SERVED UPON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE DECEMBER 28, 2007, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

　　　　　　　　　　　　　　　　　　CONNELL FOLEY LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Peter J. Pizzi
　　　　　　　　　　　　　　　　　　A Member of the Bar of this Court
　　　　　　　　　　　　　　　　　　85 Livingston Avenue
　　　　　　　　　　　　　　　　　　Roseland, NJ 07068
　　　　　　　　　　　　　　　　　　Telephone: (973) 533-4221
　　　　　　　　　　　　　　　　　　Facsimile:  (973) 535-9217

　　　　　　　　　　　　　　　　　　Attorneys for Petitioner TRI-K INDUSTRIES, INC.

Dated: November 28, 2007

1892277-01