FedEx | Track                                                                                   Page 1 of 1

Track Shipments/FedEx Kinko's Orders                         (?) Quick Help
Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 855980630411 | Reference | 06340-07131C |
| Signed for by | M.ARTIS | Destination | PEYRUIS FR |
| Ship date | Nov 28, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Nov 30, 2007 3:29 PM | Service type | Priority Envelope |
| | | Weight | 1.0 lbs. |

**Status**  Delivered

**Signature image available**  No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 30, 2007 | 3:29 PM | Delivered | PEYRUIS FR | |
| | 1:31 PM | On FedEx vehicle for delivery | PEYRUIS FR | |
| | 12:41 PM | At local FedEx facility | PEYRUIS FR | |
| Nov 29, 2007 | 9:11 PM | Departed FedEx location | PARIS FR | |
| | 6:43 PM | Arrived at FedEx location | PARIS FR | |
| | 6:43 PM | Int'l shipment release | PARIS FR | |
| | 4:59 AM | Departed FedEx location | NEWARK, NJ | |
| | 1:30 AM | Departed FedEx location | NEWARK, NJ | |
| Nov 28, 2007 | 9:57 PM | Left origin | EAST HANOVER, NJ | |
| | 8:57 PM | Picked up | EAST HANOVER, NJ | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: [          ]          Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]