UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between:<br><br>TRI-K INDUSTRIES, INC.,<br><br>　　　　　Petitioner,<br><br>– against –<br><br>SOPHIM,<br><br>　　　　　Respondent. | Civil Action No. 07-6565 (CM) (DFE)<br><br>**ORDER FOR JUDGMENT BY DEFAULT** |

**ORDER FOR JUDGMENT BY DEFAULT**

THIS MATTER having come before the Court by motion of Petitioner Tri-K Industries, Inc., for an Order pursuant to Section 9 of Title 9 of the United States Code confirming the Arbitration Award issued on May 8, 2007, and the Court having considered the moving papers in support of the motion, the Clerk's Certificate of Default against Respondent Sophim, and proof of service of the motion upon Respondent Sophim, and for good cause having been shown,

IT IS on this _____ day of _____, 200_,

ORDERED that Arbitration Award issued on May 8, 2007 is hereby confirmed; and it is further

ORDERED that judgment is entered in favor of Petitioner Tri-K Industries, Inc. in the amount of $247,564.00 plus interest at 3.97 % from May 8, 2007, for a total as of December 9, 2007 of $253,380.19, such amount to accrue interest at the judgment rate of interest from that date forward; and it is further

ORDERED that the within Order be served upon Respondent Sophim within _____ days of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. COLLEEN MCMAHON, U.S.D.J.

1895268-01