UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between:<br><br>TRI-K INDUSTRIES, INC.,<br><br>        Petitioner,<br><br>    – against –<br><br>SOPHIM,<br><br>        Respondent. | Civil Action No. 07-6565 (CM) (DFE)<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for petitioner, Tri-K Industries, Inc.

I certify that I am admitted to practice in this Court.


Dated: January 14, 2008                              /s/ *Hector D. Ruiz*
                                                                  Hector D. Ruiz  HR0236
                                                                  85 Livingston Avenue
                                                                  Roseland, NJ 07068
                                                                  Telephone: (973) 535-0500
                                                                  Facsimile:  (973) 535-9217

1907282-01